IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT JACKSON

JANUARY 1997 SESSION



FILED

**March 26, 2008**

**Cecil Crowson, Jr.**
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | |
| APPELLEE, | ) | |
| | ) | No. 02-C-01-9508-CC-00236 |
| | ) | |
| | ) | Obion County |
| v. | ) | |
| | ) | William B. Acree, Jr., Judge |
| | ) | |
| | ) | (Motion for New Trial) |
| BILLY JOE HARRIS, | ) | |
| | ) | |
| APPELLANT. | ) | |

FOR THE APPELLANT:

Billy Joe Harris, <u>Pro</u> <u>Se</u>
Register Number 127709
Route 1, Box 330
Tiptonville, TN 38079-9775

FOR THE APPELLEE:

Charles W. Burson
Attorney General & Reporter
500 Charlotte Avenue
Nashville, TN 37243-0497

Janis L. Turner
Counsel for the State
450 James Robertson Parkway
Nashville, TN 37243-0493

Thomas A. Thomas
District Attorney General
414 South Fourth
Union City, TN 38281-0218

James T. Cannon
Assistant District Attorney General
414 South Fourth
Union City, TN 38281-0218

OPINION FILED:_____

AFFIRMED

Joe B. Jones, Presiding Judge

**O P I N I O N**

The appellant, Billy Joe Harris, appeals as of right from a judgment of the trial court summarily dismissing his motion for a new trial. The appellant claimed he was entitled to a new trial due to newly discovered evidence. The trial court found the motion was not timely filed pursuant to the Tennessee Rules of Criminal Procedure.

The appellant was tried and convicted on April 27, 1989. His motion for a new trial was denied. This Court affirmed his conviction and sentence, and the Supreme Court also affirmed the sentence. He subsequently instituted four suits for post-conviction relief. All four suits were denied at every stage of the proceedings. The present motion was filed June 26, 1995 as a separate action.

After a thorough review of the record, the briefs of the parties, and the law governing the issue presented for review, it is the opinion of this Court the judgment of the trial court should be affirmed.

 

_____
JOE B. JONES, PRESIDING JUDGE


CONCUR:


_____
PAUL G. SUMMERS, JUDGE


_____
DAVID G. HAYES, JUDGE